# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:07CR00138-02 JLH

MARK SMITH

## **ORDER**

Without objection, Mark Smith's motion for early termination of supervised release is GRANTED. Document #83. Smith's supervised release is hereby terminated, and he is discharged.

IT IS SO ORDERED this 18th day of September, 2013.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE