# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:07CR00138-03 JLH

LONETTA SMITH

## ORDER

Without objection, Lonetta Smith's motion for early termination of supervised release is GRANTED. Document #91. Lonetta Smith is hereby released and discharged from supervision.

IT IS SO ORDERED this 12th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE